STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-472


ALFRED L. SMITH, JR.

VERSUS

KAOUGH & ASSOCIATES


**********

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - DISTRICT 4
PARISH OF LAFAYETTE, NO. 03-01933
SHARON MORROW, WORKERS' COMPENSATION JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Oswald A. Decuir, Marc T. Amy, and Billy Howard Ezell, Judges.

**AFFIRMED.**


Robert T. Jacques, Jr.
Attorney at Law
1039 Common Street, Suite B
Lake Charles, LA 70601
(337) 433-4674
Counsel for Plaintiff/Appellee:
    Alfred L. Smith, Jr.

Christopher R. Philipp
Attorney at Law
P. O. Box 2369
Lafayette, LA 70502-2369
(337) 235-9478
Counsel for Defendant/Appellant:
    Kaough & Associates

**DECUIR, Judge.**

For the reasons assigned this date in the consolidated matter bearing docket number 06-471, the judgment of the trial court is affirmed. Costs of this appeal are assessed to the defendant.

**AFFIRMED.**